# F.R.A.P. 26.1(a) CORPORATE DISCLOSURE STATEMENT

Defendant-Appellant IGATE Technologies, Inc. is a Pennsylvania corporation wholly owned by IGATE Holding Corporation. IGATE Holding Corporation is a Delaware corporation wholly owned by IGATE Corporation. IGATE Corporation is a public company incorporated in the State of Pennsylvania. IGATE Corporation is listed on the NASDAQ exchange (symbol: IGTE).

Dated: April 9, 2015

Michael C. Hallerud